**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ABANOUB TAWFILS, # A 221-346-129**                                     **PETITIONER**

**VERSUS**                                     **CIVIL ACTION NO. 5:26cv255-DCB-RPM**

**ADAMS COUNTY CORRECTIONAL
CENTER**                                                              **RESPONDENT**

**<u>ORDER REQUIRING RESPONDENT TO ANSWER</u>**

BEFORE THE COURT are pro se Petitioner Abanoub Tawfils's Petition for Writ of Habeas Corpus [1], pursuant to 28 U.S.C. § 2241, and Memorandum in Support [2].  He is an alien detainee at the Adams County Correctional Center, who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Petitioner states that Rafael Vergara is the Warden of the Adams County Correctional Center.  Therefore, it is removed, and Vergara is added, as Respondent in this matter.  Further, the Court has considered the matter and is of the opinion that Vergara shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Adams County Correctional Center is hereby removed, and Warden Rafael Vergara is added, as Respondent in this case.

**IT IS FURTHER ORDERED** that Respondent Warden Vergara shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order. **Respondent shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to**

**documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.**

IT IS FURTHER ORDERED that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and Memorandum [2], filed herein, and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondent to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

IT IS FURTHER ORDERED that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Abanoub Tawfils by mailing same to his last known address.

SO ORDERED, this the 15th day of June, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2